UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:14-CR-002 |
| ) | |
| ADAM W. HOUCHINS ) | |

## **O R D E R**

The government's motion to dismiss indictment, <u>as to defendant Adam W. Houchins only</u>, [doc. 281] is **GRANTED**.

ENTER:

s/ Leon Jordan
United States District Judge